UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARK MONTANA,

    Plaintiff,                                     CASE NO. 2:15-cv-1690

v.

UNION SAVINGS BANK

    Defendant.
_____/

## PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, MARK MONTANA ("Plaintiff"), by and through HIS attorneys, and for Plaintiff's Complaint against Defendant, UNION SAVINGS BANK ("Defendant") alleges and affirmatively states as follows:

### INTRODUCTION

1. Count I of the Plaintiff's Complaint is based on Telephone Consumer Protection Act, 28 U.S.C. § 227 *et seq.* (TCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this Court over Count I of Plaintiff's Complaint arises pursuant to 28 U.S.C. § 1331.

3. Because Defendant conducts business in the State of Connecticut, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

### PARTIES

5. Plaintiff is a natural person who resides in New Milford, Litchfield County, Connecticut.

6. Defendant is a business entity with its main office in Danbury, Connecticut.

7. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

## FACTUAL ALLEGATIONS

8. In or around 2015, Defendant began constantly and consistently placing telephone calls to plaintiff in an attempt to collect an alleged debt.

9. Defendant places telephone calls to Plaintiff on Plaintiff's cellular telephone at 203-470-30XX.

10. Defendant places telephone calls from numbers including, but not limited to, 877-838-4347.

11. Per its prior business practices, each collection call placed by Defendant to Plaintiff was placed using an automatic telephone dialing system.

12. On or around January 30, 2015 at approximately 9:40 a.m., Plaintiff spoke with Defendant's representative "Kyla" and requested that Defendant cease placing collection calls to her cell phone.

13. Plaintiff revoked any consent, explicit, implied, or otherwise, to call her cellular telephone and/or to receive Defendant's calls using an automatic telephone dialing system during the telephone call on January 30, 2015.

14. Despite Plaintiff's request to cease, Defendant placed at least fifty-nine (59) collection calls to Plaintiff over an approximate eight-month period.

## COUNT I
## DEFENDANT VIOLATED THE TELEPHONE CONSUMER PROTECTION ACT

15. Defendant's actions alleged *supra* constitute numerous negligent violations of the TCPA, entitling Plaintiff to an award of $500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B).

16. Defendant's actions alleged *supra* constitute numerous and multiple knowing and/or willful violates of the TCPA, entitling Plaintiff to an award of $1500.00 in statutory damages for each and every violation pursuant to 47 U.S.C. § 227(b)(3)(B) and 47 U.S.C. § 227(b)(3)(C).

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

17. Statutory damages of $500.00 for each and every negligent violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(B);

18. Statutory damages of $1500.00 for each and every knowing and/or willful violation of the TCPA pursuant to 47 U.S.C. § (b)(3)(b) and 47 U.S.C. § (b)(3)(C);

19. All court costs, witness fees and other fees incurred; and

20. Any other relief that this Honorable Court deems appropriate.

RESPECTFULLY SUBMITTED,

By:/s/Jonathan Cohen
Jonathan G. Cohen, Esquire
2 Congress St., Hartford, CT 06114
Tel: 860 527 8900
Fax: 860 527 8901
CT Juris #: 410275
jgcohen@yahoo.com
Attorney for Plaintiffs

**DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, MARK MONTANA hereby demands trial by jury in this action.