UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

MARK MONTANA,

     Plaintiff,                                      CASE NO.  3:15-cv-01690-VAB

v.

U.S. BANK NATIONAL ASSOCIATION
d/b/a ELAN FINANCIAL SERVICES

     Defendant.
_____/

**NOTICE OF SETTLEMENT**

     NOW COMES Plaintiff, MARK MONTANA ("Plaintiff"), by and through the undersigned counsel, and hereby informs the Court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 60 days.

     Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

Dated:  July 19, 2016          By:/s/Jonathan G. Cohen
                                          Jonathan G. Cohen, Esquire
                                          2 Congress St., Hartford, CT 06114
                                          Tel: 860 527 8900
                                          Fax: 860 527 8901
                                          CT Juris #: 410275
                                          jgcohen@yahoo.com
                                          Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

     I hereby certify that on July 19, 2016, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was submitted to all parties by way of the Court's CM/ECF System.

                                        By: /s/ Jonathan G. Cohen
                                                Jonathan G. Cohen
                                                Attorney for Plaintiff