UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARK MONTANA,<br><br>                  Plaintiff,<br><br>-against-<br><br>UNION SAVINGS BANK ,<br><br>                  Defendant. | STIPULATION OF DISMISSAL<br><br>Case No: 3:15-cv-01690-VAB |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, MARK MONTANA and Defendant, UNION SAVINGS BANK[1] stipulate, and the Court hereby orders, as follows:

The dispute between the parties has been settled, therefore, the claims asserted by Plaintiff, MARK MONTANA, against Defendant, UNION SAVINGS BANK, in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).   Each party is responsible for its own costs and attorney's fees.

| | |
|---|---|
| /s/ Jonathan Cohen<br>Jonathan G Cohen, Esq.<br>(CT Juris # 410275)<br>2 Congress Street<br>Hartford, Connecticut 06114<br>Phone: 860-527-8900<br>Fax:    860 527 8901<br>jgcohen@yahoo.com<br>Attorney for Plaintiff Mark Montana<br>Dated: August 16, 2016 | /s/ Daniel Ginzburg<br>Daniel Ginzburg (DG-2824)<br>The Ginzburg Law Firm, P.C.<br>151 Highway 516, Unit 736<br>Old Bridge, New Jersey 08857<br>Phone: 862-702-8248<br>Fax:    862-345-9112<br>daniel@ginzburglawfirm.com<br>Attorney for Defendant U.S. Bank National Association d/b/a Elan Financial Services<br>Dated:  August 16, 2016 |

---

[1] Although Union Savings Bank was the named defendant, the parties herein have agreed that U.S. Bank National Association d/b/a Elan Financial Services is the proper party in interest because it was the issuer, creditor and servicer of Plaintiff's credit card